No. 511. STEWART *v*. THOMAS ET AL. Supreme Court of Florida. Certiorari denied. *O. K. Reaves* and *Joseph A. McClain, Jr.* for petitioner.

No. 521. CASELLA *v*. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Stanford Shmukler* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Eugene L. Grimm* for the United States.

No. 545. AIRCOACH TRANSPORT ASSOCIATION, INC., ET AL. *v*. ATCHISON, TOPEKA & SANTA FE RAILROAD CO. ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *David I. Shapiro* and *Gerhard P. Van Arkel* for petitioners. *Stephen Ailes, Hugh B. Cox, Douglas F. Smith* and *Edward K. Wheeler* for respondents.

No. 547. SMITH ET. AL. *v*. TENNESSEE. Supreme Court of Tennessee. Certiorari denied. *Cecil D. Branstetter, William A. Reynolds* and *G. Edward Friar* for petitioners. *George F. McCanless,* Attorney General of Tennessee, and *Thomas E. Fox,* Assistant Attorney General, for respondent.

No. 561. KASPER *v*. TENNESSEE. Supreme Court of Tennessee. Certiorari denied. *J. Benjamin Simmons* and *Herbert S. Ward* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Thomas E. Fox,* Assistant Attorney General, for respondent.